**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RONALD EARL WILLIAMS | CIVIL ACTION NO. 11-0199-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HENRY WHITEHORN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and considering the objections (Record Document 16) to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(I) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of March, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE